**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:     KarowskyLaw@sbcglobal.net

Attorney for Defendant
Truong Quach

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  ) | Case No.: 2:98-cr-376-GEB  &  |
|                    )                | 2:02-cr-437-GEB |
| Plaintiff,  )               |  |
|                    )                | **[PROPOSED] ORDER** |
| vs.          )               |  |
|                    )                | **Judge:  Garland E. Burrell, Jr.** |
| Truong Quach, ,  )  |  |
| Defendant  )             |  |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentence in case number 2:98-cr-376-GEB is hereby vacated, the defendant having already completed serving his time on that sentence on the date sentence was re-imposed on August 13, 2004.

In case number 2:02-cr-437-GEB, the Judgment and Commitment is hereby amended to reflect the sentence to be 14 months, 23 days, to be imposed effective on the date it was

- 1 -

1  originally pronounced, August 13, 2004, which reflects a reduced sentence pursuant to the

2  Court's recognition of jail credit due the defendant pursuant to U.S.S.G. § 5G1.3(c).

3      **IT IS ORDERED**

4  DATED: January 19, 2006

5                                  /s/ Garland E. Burrell, Jr.

6                                  **GARLAND E. BURRELL, JR.**

7                                  United States District Judge